# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

---

No: 22-2349

---

Omid Hamzehzadeh

Plaintiff - Appellant

v.

St. Charles County, Missouri; David Todd; Christopher Hunt; Joann Leykam

Defendants - Appellees

St. Charles County Police Department

Defendant

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:20-cv-01868-PLC)

---

## JUDGMENT

Before COLLOTON, WOLLMAN and GRUENDER, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

June 13, 2023

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans