# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2349

Omid Hamzehzadeh

Appellant

v.

St. Charles County, Missouri, et al.

Appellees

St. Charles County Police Department

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:20-cv-01868-PLC)

---

## MANDATE

In accordance with the opinion and judgment of June 13, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 07, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit